

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00394-CV

**IN RE** Robert **HEWITTY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice

Delivered and Filed: July 3, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On June 12, 2019, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2016-CI-01856, styled *The State of Texas v. Two Thousand Three Hundred Fifty-Two Dollars ($2,352.00) United States Currency*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.